

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| LEONEL HERNANDEZ, | § | No. 08-19-00152-CR |
| Appellant, | § | Appeal from the |
| v. | § | 168th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20160D03827) |
| | § | |

**O R D E R**

Appellant has filed a Fourth Motion for Extension of Time to File the Appellant's Brief. Appellant has asked us to grant an extension of time essentially abating the appeal indefinitely until a court reporter who transcribed a suppression hearing that was excluded from the original Reporter's Record can complete the transcript for the missing portions of the record. We will grant the motion to extend time to file the brief, but only for 45 days. Appellants brief is now due April 20, 2020.

IT IS SO ORDERED this 6th day of March, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.